NORMAN LAMICA, Respondent, *v.* KATHERINE M. VOLLMER, as Executrix of CHARLES H. VOLLMER, Deceased, Doing Business under the Name of VOLLMER TRANSPORTATION COMPANY, Appellant.

Argued September 30, 1946; decided October 17, 1946.

*Patrick J. Tierney* and *Ira H. Michael* for appellant.

*James A. Leary, Walter A. Fullerton* and *Francis J. Neddo* for respondent.

Judgment affirmed with costs; no opinion. [See 296 N. Y. 746.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.